[Nos. 37893-1-II; 37896-5-II;  Division Two.  January 20, 2010.]
37903-1-II.

THE STATE OF WASHINGTON, *Respondent*, v. TERAPON DANG
ADHAHN, *Appellant*.

Appeals from a judgment of the Superior Court for Pierce County, No. 02-1-03671-8, Rosanne Buckner, J., entered June 13, 2008. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Van Deren, C.J., and Armstrong, J.

[No. 38375-6-II.  Division Two.  January 20, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. BRAD ALLAN
SHIRLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 07-1-00587-0, S. Brooke Taylor, J., entered September 5, 2008. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Van Deren, C.J.; Quinn-Brintnall, J., concurring separately.

[No. 62513-6-I.  Division One.  January 25, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY CASPER
DIAS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-12710-1, Brian D. Gain, J., entered September 23, 2008. *Affirmed* by unpublished opinion per Becker, J., concurred in by Cox and Ellington, JJ.

[No. 62526-8-I.  Division One.  January 25, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN A. JONES III,
*Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-1-01849-7, George N. Bowden, J., entered September 22, 2008. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Becker, J., concurred in by Cox and Ellington, JJ.